AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Sergio Herrera Jaramillo<br><br>*Defendant* | )<br>)  Case No. 1:23-mj-288<br>)  Assign to: Magistrate Judge Zia M. Faruqui<br>)  Date 11/1/2023<br>)  Description: COMPLAINT WITH ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sergio Herrera Jaramillo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  11/01/2023

*Issuing officer's signature*    Zia M. Faruqui

City and state:   Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 11/1/23, and the person was arrested on *(date)* 11/7/23 |
| at *(city and state)* GARLAND (PD) TX |
| Date: 11/7/23 |
| *Arresting officer's signature* |
| SA ADAM POPE |
| *Printed name and title* |